**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No: 22-cr-20353
                                            Hon. DAVID M. LAWSON

THEODORE TOLOFF,

    Defendant.

---

**WITHDRAWAL OF DEFENDANT**
**THEODORE TOLOFF'S MOTION FOR BOND PENDING**
**RESOLUTION OF DEFENDANT'S 28 U.S.C. § 2255 MOTION**

---

Defendant Theodore Toloff (hereinafter "Mr. Toloff") hereby withdraws his Motion for Bond Pending Resolution of Motion Pursuant to 28 U.S.C. § 2255.

                                                          Respectfully Submitted:

Dated: <u>June 25, 2025</u>              <u>/s/ Loren M. Dickstein</u>
                                                     LOREN M. DICKSTEIN
                                                     LEWIS & DICKSTEIN, P.L.L.C.
                                                     Attorney for the Defendant
                                                     3000 Town Center, Ste. 1330
                                                     Southfield, MI 48075
                                                     (248) 263-6800
                                                     Ldickstein@notafraidtowin.com

## CERTIFICATE OF SERVICE

    I hereby certify that on June 25, 2025, I electronically filed the foregoing motion with the Clerk of the Court and all parties or their counsel of record through the CM/ECF System, which will send notice to all parties of record or their respective counsel.

                                              /s/ Loren M. Dickstein
                                              Loren M. Dickstein